**Order entered November 26, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00572-CV

### ANDRES CHEVEZ, Appellant

### V.

### JERRY L. BRINKERHOFF, ET AL, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-015850-E**

## ORDER

The Court **GRANTS** appellant's November 20, 2013 motion to extend time to file his brief. We **ORDER** the appellant's brief received on November 20, 2013 filed as of the date of this order.

/s/     DAVID LEWIS
        JUSTICE